**JS-6**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION**

| | |
|---|---|
| DIEGO MOLINA,<br><br>    Petitioner,<br><br>  v.<br><br>JEFFREY STEINHART,<br><br>    Respondent. | CASE NO. CV 20-01382-DOC (AS)<br><br><br>**JUDGMENT** |

 Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

 IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.


DATED: May 29, 2020

            *David O. Carter*
           DAVID O. CARTER
       UNITED STATES DISTRICT JUDGE